**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Emily Williams, Appellant,

v.

L'Oreal USA, Inc., Respondent.

Appellate Case No. 2012-213713

---

Appeal From Colleton County
Perry M. Buckner, Circuit Court Judge

---

Unpublished Opinion No. 2014-UP-147
Submitted February 2, 2014 – Filed April 2, 2014

---

**AFFIRMED**

---

Eduardo Kelvin Curry, of The Curry Law Firm, LLC, of
North Charleston, for Appellant.

Joseph DuRant Thompson III and Sarah Patrick Spruill,
both of Haynsworth Sinkler Boyd, PA, of Charleston and
Greenville, for Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following
authority: *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998)

("[A]n issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial [court] to be preserved for appellate review.").

**AFFIRMED.**[1]

**FEW, C.J., and SHORT and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.